UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT STEELE, | Case No.: 2:24-cv-02307-APG-EJY |
| Plaintiff | **Order** |
| v. | [ECF No. 3] |
| BERT BROWN, et al., | |
| Defendants | |

On December 13, 2024, Magistrate Judge Youchah recommended that I dismiss plaintiff Robert Steele's complaint with prejudice and deny his application to proceed in forma pauperis as moot. ECF No. 3. Steele did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 3) is accepted**, and plaintiff Robert Steele's complaint **(ECF No. 1-1) is dismissed with prejudice**. The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 7th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE